## STRICKLAND *v.* THE STATE.

*Atkinson, J.*—While the charge of the court may not have been in all respects technically accurate, it contained no error prejudicial to the rights of the accused, but as a whole, on the substantial issues involved, fairly submitted the law of the case. The verdict was undoubtedly as favorable to the accused as the evidence warranted, and this being so, it will not be set aside because of minor inaccuracies or immaterial errors at the trial.

*Judgment affirmed.*

Submitted October 6,—Decided October 19, 1896.

Indictment for murder.   Before Judge Spence.   Pierce superior court.   May term, 1896.

*Toomer & Reynolds, L. A. Wilson, Estes & Walker*
and *J. I. Summerall,* for plaintiff in error.
*W. G. Brantley, solicitor-general,* contra.